IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE MILLENNIA GROUP, INC., ) <br> d/b/a TRIANGLE CIRCUITS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AVATAR ELECTRONICS, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 06-264 <br><br> JUDGE GARY L. LANCASTER |

## STIPULATION OF DISMISSAL

Plaintiff, The Millennia Group, Inc., d/b/a Triangle Circuits, and Defendant, Avatar Electronics, Inc., by their respective attorneys, hereby stipulate to the dismissal of all claims involved in this civil action pursuant to Fed.R.Civ.P. 41(a)(1), with each party to bear its own costs, expenses and attorneys' fees. The claims are hereby dismissed with prejudice.

_____
Andrew G. Jenkins, Esq.
Kevin L. Colosimo, Esq.
Houston Harbaugh, P.C.
Three Gateway Center, 22nd Floor
401 Liberty Avenue
Pittsburgh, PA 15222
Attorneys for Plaintiff

_____
Daniel P. Orie, Esq.
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Attorneys for Defendant

Dated: Sept  19 , 2006

IT IS SO ORDERED:

_____ J.
United States District Court Judge